# PENACHIO MALARA, LLP
## ATTORNEYS AT LAW

245 Main Street, Suite 450
White Plains, New York 10601

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal

*Also admitted in CT

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

June 11, 2019

**Electronically Filed**

Honorable Sean H. Lane
United States Bankruptcy Judge
300 Quarropas Street
White Plains, NY 10601

Re: Leslie Schneiderman
Ch. 13 Case No.: 18-23175shl

Dear Judge Lane:

I serve as counsel to Leslie Schneiderman, the above-referenced chapter 13 debtor (the "Debtor"). The Debtor has accepted an offer to purchase on his home. A copy of the Offer to Purchase is attached hereto. In the upcoming days, we will begin preparing a contract.

Respectfully,

Anne Penachio

AP:jr

## Offer to Purchase

| | |
|---|---|
| Date: | June 10th, 2019 |
| To: | Leslie Schneiderman |
| From: | Mary Iles c/o Michael Lang |
| | 455 Central Park Avenue, Suite 207 |
| | Scarsdale, NY 10583 |
| Re: | 11 Old Orchard Road LLC, Rye Brook, NY 10573 (S/B/L – 135.26-1-71) |
| Offer Amount: | $650,000 (Cash, No Financing) |
| Down payment: | 5% at Contract Signing |
| Inspection: | Oil tank |
| Tentative Closing Date: | 60 days from signed contract |
| Buyers Attorney: | Leslie H. Jones, Esq. |
| | Leslie H. Jones, P.C. |
| | 455 Central Park Avenue, Suite 216 |
| | Scarsdale, NY 10583 |
| | 914-725-4800 |
| | leslie@lhjlaw.com |
| Additional Notes: | An LLC (e.g., 11 Old Orchard Road LLC) will be formed and will be the entity that enters into the contract of sale |
| | Contracts must be drawn up and fully executed within 10 business days from date of offer |
| | Seller to authorize all necessary documents for a 2019 assessment grievance with the Town of Rye at Purchasers expense. Seller to authorize all necessary documents with the Village of Rye Brook building department for purchasers proposed renovations. Seller will allow access to the home for purchasers architect and contractor with a reasonable amount of notice. |